1

2

3

4

5

6

7 UNITED STATES DISTRICT COURT

8 WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

| | | |
|---|---|---|
| 10 UNITED STATES OF AMERICA, ) | | |
| | ) | |
| 11     Plaintiff, ) | CASE NO.   CR03-70 TSZ | |
| | ) | |
| 12     v. ) | | |
| | ) | |
| 13 ) | DETENTION ORDER | |
| LARRY WILSON, ) | | |
| 14 ) | | |
| |     Defendant. ) | |
| 15 _____) | | |

16 Offenses charged:

17     Count I:     Conspiracy to Manufacture Marijuana, in violation of Title 21,

18             U.S.C., Sections 841(a)(1) and 841(b)(1)(B), and 846.

19 Date of Detention Hearing:  August 24, 2005.

20     The Court, having conducted a contested detention hearing pursuant to Title 18

21 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention

22 hereafter set forth, finds that no condition or combination of conditions which the defendant

23 can meet will reasonably assure the appearance of the defendant as required and the safety

24 of any other person and the community.  The Government was represented by Lisca

25 Borichewski for Douglas Whalley.  The defendant was represented by Ralph Hurvitz.

26     The Government filed a Motion for Detention; the defense argued for the

DETENTION ORDER
PAGE -1-

1   defendant's release.

2   FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

3      (1)   There is probable cause to believe the defendant committed the

4            conspiracy drug offense.  The maximum penalty is in excess of ten years.

5            There is therefore a rebuttable presumption against the defendant's

6            release based upon both dangerousness and flight risk, under Title 18

7            U.S.C. § 3142(e).

8      (2)   Nothing in this record satisfactorily rebuts the presumption against

9            release for several reasons:

10           (a)   The defendant poses a risk of nonappearance as his background

11                 and ties to the Western District of Washington are unknown or

12                 unverified;

13           (b)   Further supporting the defendant's risk of nonappearance, the

14                 Court notes that the defendant had been wanted on the instant

15                 offense since *February 13, 2003.*

16           (c)   Due to the nature and seriousness of the instant offense, combined

17                 with the defendant's criminal history and unknown background,

18                 release of the defendant would pose a risk of danger to the

19                 community.

20     (3)   Based upon the foregoing information which is consistent with the

21           recommendation of U.S. Pre-trial Services, it appears that there is no

22           condition or combination of conditions that would reasonably assure

23           future Court appearances and/or the safety of other persons or the

24           community.

25  **It is therefore ORDERED**:

26     (l)   The defendant shall be detained pending trial and committed to the

DETENTION ORDER
PAGE -2-

1    custody of the Attorney General for confinement in a correction facility

2    separate, to the extent practicable, from persons awaiting or serving

3    sentences or being held in custody pending appeal;

4    (2)    The defendant shall be afforded reasonable opportunity for private

5           consultation with counsel;

6    (3)    On order of a court of the United States or on request of an attorney for

7           the Government, the person in charge of the corrections facility in which

8           the defendant is confined shall deliver the defendant to a United States

9           Marshal for the purpose of an appearance in connection with a court

10          proceeding; and

11   (4)    The clerk shall direct copies of this order to counsel for the United

12          States, to counsel for the defendant, to the United States Marshal, and to

13          the United States Pretrial Services Officer.

14   DATED this 1st day of September, 2005.

15

16

17                                              _____
                                                Monica J. Benton
18                                              United States Magistrate Judge

19

20

21

22

23

24

25

26

DETENTION ORDER
PAGE -3-